IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RE: JONATHAN W. WRIGHT, | ) | CASE NO. 19-19811 |
| | ) | JUDGE: CAROL A. DOYLE |

### AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Lakeview Loan Servicing, LLC, the mortgagee on the property located at 7520 S Phillips Ave, Chicago, Illinois 60649, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Lakeview Loan Servicing, LLC of $3,786.49 through April 2020, after crediting the tender of payments made through April 30, 2020. The aforementioned default is calculated as follows:

| | |
|---|---:|
| February 2020 through April 2020 = 3 @ $1,851.83 | $5,555.49 |
| Bankruptcy fees and costs | $1,031.00 |
| Less funds previously tendered | ($2,800.00) |
| Less funds in suspense | $0.00 |
| Total default amount remaining | $3,786.49 |

The Debtor shall tender the following payments on or before the following dates:

| | | | |
|---|---|---|---:|
| On or before | May 15, 2020 | One post-petition mortgage payment + | $631.09 |
| On or before | June 15, 2020 | One post-petition mortgage payment + | $631.08 |
| On or before | July 15, 2020 | One post-petition mortgage payment + | $631.08 |
| On or before | August 15, 2020 | One post-petition mortgage payment + | $631.08 |
| On or before | September 15, 2020 | One post-petition mortgage payment + | $631.08 |
| On or before | October 15, 2020 | One post-petition mortgage payment + | $631.08 |

The current post petition mortgage payment is $1,851.83, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

2. The payments shall be made payable to Lakeview Loan Servicing, LLC, in the form of money orders, certified checks, or cashier's checks and sent to: P.O. Box 840, Buffalo, NY, 14240-0810.

3. If Debtor defaults in making the payments under paragraph 1, then the Debtor has no right to cure and the Stay shall automatically Modify to Lakeview Loan Servicing, LLC without further Court Order.

4. If the Stay is Modified to Lakeview Loan Servicing, LLC, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney, and the Trustee and file the notice with the Court.

Dated: May 11, 2020                                Entered: _____
                                                   Bankruptcy Judge Carol A. Doyle

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602