IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| JONATHAN W WRIGHT, | ) NO.: 19-19811 |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: CAROL A. DOYLE |

### WITHDRAWAL OF NOTICE OF MODIFICATION OF THE AUTOMATIC STAY FOR FAILURE TO COMPLY WITH COURT ORDER

PLEASE TAKE NOTICE THAT Lakeview Loan Servicing, LLC, respectfully withdraws the Notice of Modification of the Automatic Stay for Debtor's Failure to Comply with Court Order that was filed on January 21, 2021 as docket entry #34. The Automatic Stay as to Lakeview Loan Servicing, LLC is still in effect.

### SPECIAL NOTICE TO THE TRUSTEE

The Chapter 13 Trustee will continue to disburse payments to Lakeview Loan Servicing, LLC pursuant to the proof of claim filed on the claims register as claim #4.

### CERTIFICATION

I, the undersigned, certify that the attached documents are true and correct copies of the original and the date set forth in the Notice above is true and correct, and further certify that a copy of this notice was served to the addresses attached by electronic notice through ECF or by U.S. Mail at 1 North Dearborn, Chicago, Il 60602, on or before 5:00 p.m. on January 29, 2021.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera  Bhoopal*
Kinnera  Bhoopal Illinois ARDC# 6295897
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088
(312) 551-4400
File No. MT-19-04745

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## SERVICE LIST

| | |
|---|---|
| To Trustee:<br>M.O. Marshall<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | *by Electronic Notice through ECF* |
| To Debtor:<br>Jonathan W Wright<br>7520 S PHILLIPS AVE<br>Chicago, IL 60649 | *Served via U.S. Mail* |
| To Attorney:<br>David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main Street<br>Skokie, IL 60076 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088