**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-19811 |
| Jonathan W Wright | ) | |
| | ) | HON. Carol A. Doyle |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## NOTICE OF MOTION

TO:   M.O. Marshall, Trustee, 55 E. Monroe Street, #3850, Chicago, IL 60603, via electronic court notification;

See attached service list.

  PLEASE TAKE NOTICE that on May 25, 2021 at 10:00 a.m., I will appear before the Honorable Judge Carol A. Doyle, or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan Post Confirmation, a copy of which is attached.

  **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

  **To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

  **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

  **Meeting ID and password.** The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742.** The meeting ID and password can also be found on the judge's page on the court's web site.

  **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

          By: David H. Cutler
             Counsel for Debtor(s)
             Cutler & Associates, Ltd.
             4131 Main St.
             Skokie, IL 60076
             Phone: (847) 673-8600
             cutlerfilings@gmail.com

## **CERTIFICATE OF SERVICE**

  I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on May 4, 2021 by 6:00 p.m.

          By: /s/ David H. Cutler
             David H. Cutler, esq.
             Counsel for Debtor(s)
             Cutler & Associates, Ltd.
             4131 Main St.
             Skokie, IL 60076

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 19-19811 |
|---|---|---|
|  | ) |  |
| Jonathan W Wright | ) | Chapter 13 |
|  | ) |  |
| Debtor(s) | ) | Judge: Carol A. Doyle |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Jonathan W Wright (hereafter referred to as "the Debtor"), by and through his attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. On July 15, 2019, the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

2. On October 1, 2019, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Debtor's confirmation order provides for a plan payment of $1,788 for 60 months with unsecured creditors receiving 100% of their timely filed unsecured claims.

4. The Debtor has paid in $33,584 to date in his Chapter 13 plan.

5. The Debtor has a current trustee default of $5,752 as of the date of this motion.

6. The Debtor has fallen behind on his trustee payments as his hours at his job at American Management Company BH, LTD were reduced from October 2020 to mid-April 2021 due to the COVID-19 pandemic for lack of work and Debtor suffered a loss of income.

7. The Debtor's income has been affected and he is experiencing a material financial hardship directly related to the coronavirus disease 2019 (COVID–19) pandemic. The Debtor is looking to defer the current trustee default to the end of the plan and to extend the Chapter 13 plan term over 60 months under H.R. 748 – CARES ACT §1113 as the

Debtor's loss of income was direct result of the (COVID–19) pandemic. The Debtor is looking to extend the Chapter 13 plan term over 60 months in accordance with 11 U.S.C. §1329(d)(1).

8. The Debtor will be in a position to make plan payments going forward if the payments are deferred and his Chapter 13 plan term is extended over 60 months as his hours at American Management Company BH, LTD have recently increased and he is making payments, he just cannot afford a lump sum payment to get current on the full default amount.

9. Debtor requests that this Honorable Court defer the current trustee default to the end of the plan and to extend the Chapter 13 plan term over 60 months under H.R. 748 – CARES ACT §1113.

10. The Debtor has filed the instant case in good faith and he intends to complete the plan of reorganization.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current trustee default to the end of the plan and to extend the Chapter 13 plan term over 60 months in accordance with 11 U.S.C. §1329(d)(1); and for such further relief that this Court may deem just and proper.

Dated: May 4, 2021                                          Respectfully Submitted,

                                                    By:    /s/ David H. Cutler

                                                           David H. Cutler, esq.,
                                                           Counsel for Debtor(s):
                                                           4131 Main St.
                                                           Skokie, IL 60076
                                                           Phone: (847) 673-8600