UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-19811 |
| Jonathan W Wright ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; IT IS ORDERED:

The motion is GRANTED as follows:

1. That the current plan default is deferred to the end of the plan.

2. The Chapter 13 plan term is extended over 60 months in accordance with 11 U.S.C. §1329(d)(1).

3. Nothing in this Order will require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 25, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600