UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jonathan W Wright | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-19811<br><br>Chapter:  13<br>Honorable Carol A. Doyle |
| Debtor(s) | ) | |

**AGREED REPAYMENT AND DEFAULT ORDER**

THIS CAUSE COMING TO BE HEARD on the Motion of Lakeview Loan Servicing, LLC, the mortgagee on the property located at 7520 S Phillips Ave, Chicago, Il 60649,

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Lakeview Loan Servicing, LLC of $3,918.40 through September 1, 2021, after crediting the tender of payments made through September 1, 2021. The default is calculated as follows:

May 2021 through September 2021 = 5 @ $1,901.20 $9,506.00
Bankruptcy fees and costs $1,238.00
Less funds previously tendered $5,703.60
Less funds in suspense $1,122.00
Total default amount remaining $3,918.40

The Debtor must tender the following payments on or before the following dates:

By October 1, 2021 One post-petition mortgage payment + $653.07
On or before November 1, 2021 One post-petition mortgage payment + $653.07

By December 1, 2021 One post-petition mortgage payment + $653.07
By January 1, 2022 One post-petition mortgage payment + $653.07
By February 1, 2022 One post-petition mortgage payment + $653.07
By March 1, 2022 One post-petition mortgage payment + $653.05

The current post petition mortgage payment is $1,901.20, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

2. The payments described above must be made payable to Lakeview Loan Servicing, LLC, in the form of money orders, certified checks, or cashier's checks and sent to: P.O. Box 840, Buffalo, NY, 14240-0810.

3. In the event the Debtor defaults in making the payments under paragraph 1, then the Debtor has no

right to cure and the Stay shall automatically Modify to M & T Bank without further Court Order.

4. If the Stay is Modified to Lakeview Loan Servicing, LLC, or its successors and assigns, as outlined in this Order, counsel for the mortgage company must give notice to the Debtor, the Debtor's attorney, and the Trustee and file the notice with the Court.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: September 21, 2021

**Prepared by:**

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602