UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-19811 |
|---|---|---|
| Jonathan W Wright | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

This matter coming before the Court for a hearing on debtor's motion to modify the plan,

IT IS HEREBY ORDERED the motion is granted as follows:

1. The confirmed plan is modified to provide that the default accruing through April 2023 is deferred.

2. The remaining payments under the plan will be $1,788 per month commencing May 2023 for 23 months.

3. The trustee is not be required to collect any amounts paid under previous plans.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 02, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600