IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JONATHAN W WRIGHT | ) | NO.: 19-19811 |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor, | ) | |
| | ) | JUDGE: TIMOTHY A. BARNES |
| | ) | |

**NOTICE OF WITHDRAWAL OF NOTICE OF DEFAULT**

NOW COMES LAKEVIEW LOAN SERVICING, LLC by and through its attorney, McCalla Raymer Leibert Pierce, LLC, and respectfully moves this Court to allow it to withdraw its Notice of Default filed on this Court's docket as entry #74.

Respectfully Submitted,
 */s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC#6295897
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn St.
Suite 1300
Chicago, IL 60602
/tp/

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| JONATHAN W WRIGHT | ) NO.: 19-19811 |
| | ) |
| Debtor, | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: TIMOTHY A. BARNES |
| | ) |

## CERTIFICATE OF SERVICE

TO:  SEE ATTACHED ADDRESSES

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on October 01, 2024, with proper postage prepaid.

Respectfully Submitted,
 */s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC#6295897
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn St.
Suite 1300
Chicago, IL 60602
/tp/

## SERVICE LIST

To Trustee:                                          *by Electronic Notice through*
Thomas H. Hooper                          *ECF*
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Suite 3850
Chicago, IL 60603

To Debtor:
Jonathan W Wright                           *Served via U.S. Mail*
7520 S Phillips Ave
Chicago, IL 60649

To Attorney:                                        *by Electronic Notice through*
David H Cutler                                  *ECF*
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088