UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-19811 |
| Jonathan W Wright ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING DEBTOR'S PLAN

This matter coming before the Court for a hearing on Debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that the default accruing to and including December, 2024, is hereby deferred.

2. That the remaining payments under the plan shall be $1,788 per month commencing January 2025.

3. That the trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 16, 2025

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600